DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GEORGE M. EGGLESTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> GEORGE M. EGGLESTON, <br><br> *Defendant.* | NO. 1:10-cr-00248 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER <br><br> Date:  September 30, 2010 <br> Time:  8:15 a.m. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for September 24, 2010 **may be continued to September 30, 2010 at 8:15 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for further defense preparation prior to hearing. Counsel has received approximately 400 pages of additional discovery and needs sufficient time to review and discuss the discovery with defendant prior to the hearing. Additionally, the parties are attempting to negotiate a resolution of the case and need additional time to finalize a resolution. Assistant United States Attorney Michele Thielhorn has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: September 21, 2010          By  /s/ Michele L. Thielhorn
                                          MICHELE L. THIELHORN
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: September 21, 2010          By  /s/ Melody M. Walcott
                                          MELODY M. WALCOTT
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          GEORGE M. EGGLESTON

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  September 22 , 2010                /s/ Lawrence J. O'Neill
                                        LAWRENCE J. O'NEILL, Judge
                                          United States District Court