1 | Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
2 | A Professional Corporation
5412 North Palm Avenue, Suite 101
3 | Fresno, California 93704
Telephone: (559) 431-9710
4 | Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant, GEORGE M. EGGLESTON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   1:10-CR-00248-LJO |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | TO CONTINUE SENTENCING |
| ) | |
| GEORGE M. EGGLESTON ) | |
| ) | |
| Defendant ) | |
| _____) | |

  IT IS HEREBY STIPULATED by and between the parties that the sentencing hearing currently set for May 6, 2011, be continued to June 3, 2011 at 9:00 a.m.

  GOOD CAUSE EXISTS for the continuance, because the government's attorney and the defendant's attorney have been in a jury trial from April 26, 2011 through May 3, 2011m and they need additional time to respond to sentencing issues recently raised by the court.

Dated: May 3, 2011          FLETCHER & FOGDERUDE, INC.

                             /s/ Eric K. Fogderude
                            ERIC K. FOGDERUDE, Attorney for
                            Defendant, GEORGE M. EGGLESTON

---

```
                              McGREGOR SCOTT
                              UNITED STATES ATTORNEY


DATED: May 3, 2011            /s/Michelle Thielhorn
                              MICHELLE THIELHORN
                              Assistant U.S. Attorney
```

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing on the above-entitled matter be continued to June 3, 2011, at 9:00 a.m. before the Honorable Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated: May 4, 2011**           /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE

---

U.S. vs. Eggleston                    Stipulation and Order to Continue Sentencing
Case No. 11-00248 LJO         2