```
                  IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )   CASE NO. 1:10CR-00248-LJO
                               )
               Plaintiff,      )   ORDER OF RESTITUTION
                               )
v.                             )
                               )
                               )
GEORGE M. EGGLESTON            )
          Defendant.           )
                               )
_____)
```

The United States having filed a Motion for Restitution, and the Court being sufficiently advised in the premises,

IT IS ORDERED:  Restitution in the amount of $405,301.28 is hereby imposed and is to be made payable to the following individuals in the following amounts:

1) Keisha Calhoun, amount: $2,300;
2) David Andrade, amount: $4,000;
3) Sherine Iskander, amount: $9,000;
4) Kenton Smartt, amount: $12,000;
5) Shihid Karriem and Gazonder Clark-Karriem, amount: $28,000;
6) Jacquelyn and Alson Ritch, amount: $13,800;
7) Kent Codrington, amount: $7,500;
8) Maria Archuleta, amount: $2,000;
9) Randy Archuleta, amount: $1,000;
10) Lisa Ann Bravo, amount: $3,500;
11) Richard Bravo, amount $3,000;
12) DRM Restaurants, Inc., c/o Ronald Wozniak, amount: $4,000;
13) Ora Dupree, amount: $7,000;
14) Esperanza Pinedo, amount: $4,000;
15) Brenda Gasque, amount: $3,060;
16) Juljeet Rita Jackson, amount: $708.00;
17) Jeffrey Williams III, amount: $2,840;
18) John and Barbara Adams, amount: $4,000;
19) Julie Schauntz, amount: $700.00;
20) Ladanya Smith, amount: $3,000;
21) Leo F. Bly, amount: $6,000;
22) Karen Otto, amount: $4,000;
23) Alfonso Ramirez, amount: $2,000;
24) Ronald Wozniak, amount: $2,000;
25) Salvador Mendoza, amount: $3,000;

26) Julie Schantz, amount: $3,600;
27) Marcel Sims, amount: $1,000;
28) Steve Sisneros, amount: $2,400;
29) Donay Green, amount: $2,500;
30) Walter Garcia, amount: $1,000;
31) Jeffery Williams, amount: $1,000;
32) Gina Zapara, amount: $300.00;
33) SunTrust Mortgage, 901 Semmes Avenue, Richmond, VA amount: $261,093.28 for loans #0146251970 & #0146251988.

IT IS FURTHER ORDERED this imposition of restitution shall be incorporated into Defendant's Judgment & Commitment.

IT IS SO ORDERED.

Dated:   July 5, 2011                    /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE